SO ORDERED.

SIGNED this 15th day of December, 2016.



*Dale L. Somers*
Dale L. Somers
United States Bankruptcy Judge

Not designated for publication
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

PAUL J. ROBBEN,

                DEBTOR.

CASE NO. 13-20814
CHAPTER 7

MEMORANDUM OPINION AND ORDER
DENYING DEBTOR'S MOTION FOR THE BANKRUPTCY COURT
TO IMPOSE A STAY UNDER § 105 OF
THE DISTRICT COURT CASE AGAINST DEBTOR

The matter under advisement is Debtor Paul Robben's motion for an order under 11 U.S.C. § 105[1] to enjoin all litigation against him in the United States District Court for the District of Kansas, *Foxfield Villa Assocs., LLC, v. Regnier*, case no. 12-CV-2528-CM-CPO ("District Court Case") until after the completion of the dischargeability proceeding

---

[1] Future references to Title 11 in the text will be cited to the section number only.